

The following constitutes the order of the court.
Signed December 15, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Afsaneh Nozari,

           Debtor.

No. 16-42841

Chapter 13

**MEMORANDUM REGARDING § 341 MEETING**

On December 13, 2016, Debtor filed a *Motion to Enlarge Time Rule 9006 Rule 5071* (doc. 28) ("the Motion"). The substance of the Motion seems to be an attempt to work out the Debtor's scheduling conflict with respect to a § 341 meeting scheduled for January 5, 2017. The Court is involved neither with scheduling nor supervising these meetings, and Debtor is advised to contact the Trustee directly with any concerns regarding such meetings.

**\*END OF ORDER\***

1

## COURT SERVICE LIST

**Afsaneh Nozari**
235 Pebble Ct.
Alamo, CA 94507