

The following constitutes the order of the court.
Signed January 12, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Afsaneh Nozari,

        Debtor.

No. 16-42841

Chapter 13

**MEMORANDUM REGARDING MOTION TO ENLARGE TIME**

On January 11, 2017, Debtor filed a *Motion to Enlarge Time Rule 9006* (doc. 42). Debtor filed a similar motion on December 13, 2016 (doc. 28). As the Court explained in a memo responding to the December 13, 2016 motion, the Court is involved neither with scheduling nor supervising 341 meetings, and Debtor is advised to contact the Trustee directly with any concerns regarding such meetings.

Additionally, Debtor filed a *Motion for Referral to Mortgage Modification Mediation Program* on January 11, 2017 (doc. 43). Such a motion will be moot if Debtor's case is dismissed because Debtor fails to appear at the 341 meeting scheduled for January 19, 2017. The Court recommends Debtor attend this meeting.

*END OF ORDER*

1

# COURT SERVICE LIST

**Afsaneh Nozari**
235 Pebble Ct.
Alamo, CA 94507